**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| SONIA LOPEZ-MCNEAR, individually and on behalf of all others similarly situated, *Plaintiff*, v. SUPERIOR HEALTH LINENS, LLC, a Wisconsin limited liability company, *Defendant*. | Case No. 1:19-cv-2390 Honorable Rebecca R. Pallmeyer |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES, *INSTANTER***

Plaintiff Sonia Lopez-McNear ("Plaintiff"), by and through her undersigned counsel, hereby respectfully requests that the Court enter an order granting her leave to file a Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement ("Memorandum") in excess of the Court's fifteen (15) page limit, *instanter*. In support of her motion, Plaintiff states as follows:

1. Concurrent with this motion, Plaintiff has filed her Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement as Exhibit A.

2. However, in order to adequately address (i) the factual and procedural posture of the case, (ii) the terms of the Parties' proposed Settlement, (iii) the appropriateness of certifying the proposed Settlement Class for settlement purposes, (iv) the fairness, adequacy, and reasonableness of the proposed Settlement, and (v) the details of the proposed Notice plan, Plaintiff's Memorandum is in excess of the Court's fifteen (15) page limit. Because such motions must address both the factors for analyzing settlements and the propriety of class certification,

1

they tend to be overlength. Plaintiff has nevertheless endeavored to address the issues as succinctly as possible.

3. Specifically, Plaintiff's Memorandum includes a total of thirty-six (36) pages of substance.

4. Prior to filing this motion, Plaintiff's counsel conferred with counsel for Defendant Superior Health Linens, LLC, and Defendant has no objection to the request.

5. Good cause exists to grant this motion and the relief requested herein is not sought for any improper purpose.

**WHEREFORE**, Plaintiff Sonia Lopez-McNear respectfully requests that the Court enter an Order (i) granting her leave to file her Memorandum, the substance of which shall not exceed thirty-six (36) pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**SONIA LOPEZ-MCNEAR**, individually and on behalf of a class of similarly situated individuals,

Dated: December 22, 2020

By: /s/ Schuyler Ufkes
*One of Plaintiff's attorneys*

Jay Edelson
jedelson@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

>David Fish
>dfish@fishlawfirm.com
>FISH LAW FIRM PC
>200 East 5th Avenue, Suite 123
>Naperville, Illinois 60563
>Tel: 630.355.7590
>Fax: 630.778.0400