# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sonia Lopez–McNear

                           Plaintiff,

v.                                                      Case No.: 1:19–cv–02390
                                                      Honorable Rebecca R. Pallmeyer

Superior Health Linens, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 24, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's unopposed motion for leave to file motion and memorandum of law in excess of fifteen pages instanter [61] is granted. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.