# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sonia Lopez–McNear

                                                        Plaintiff,

v.                                                                                                            Case No.: 1:19–cv–02390
                                                                                                            Honorable Rebecca R. Pallmeyer

Superior Health Linens, LLC, et al.

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 27, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone final approval hearing held. Plaintiff's motion for attorney's fees, expenses, and incentive award [62] is granted. Plaintiff's unopposed motion for leave to file motion and memorandum of law in excess of fifteen pages, instanter [64] is granted. Plaintiff's motion for final approval of class action settlement [65] is granted. Enter Final Judgment and Order of Dismissal With Prejudice. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.